Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXIS HAMILTON, | Case No. 2:24-cv-00916-RSL |
| Plaintiff, | ORDER GRANTING DEFENDANT'S **UNOPPOSED** MOTION FOR EXTENSION OF TIME TO FILE PLEADING RESPONSIVE TO COMPLAINT |
| v. | |
| LOGIC20/20, INC., PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

This matter having come before the Court on Defendant Logic20/20, Inc.'s ("Logic20/20") Unopposed Motion for Extension of Time to File Pleading Responsive to Complaint (the "Unopposed Motion"), the Court hereby finds and concludes that good cause exists to grant the Unopposed Motion and extend the deadline up to fourteen (14) days for Logic20/20 to file a pleading in response to Plaintiff's complaint.

Based on the foregoing, and being otherwise fully advised in the premises, **IT IS HEREBY ORDERED** THAT:

1. Logic20/20's Unopposed Motion is GRANTED.

2. Logic20/20 shall file a pleading in response to Plaintiff's complaint by **August 5, 2024**.

\ \ \

\ \ \

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME
(2:24-cv-00916-RSL) - 1

1    IT IS SO ORDERED this 29th day of July, 2024.

*signature*

Robert S. Lasnik
United States District Judge

Presented by:

STOEL RIVES LLP

*/s/Anne M. Dorshimer*
ANNE M. DORSHIMER, WSBA 50363
anne.dorshimer@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Defendant Logic20/20, Inc.*

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME
(2:24-CV-00916-RSL) - 2