Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXIS HAMILTON,<br><br>        Plaintiff,<br><br>        v.<br><br>LOGIC20/20, INC., PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendants. | Case No. 2:24-cv-00916-RSL<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Pursuant to LCR 83.2(b), Defendant Logic20/20, Inc. ("Logic20/20") hereby moves the court for an order of withdrawal of Anne Dorshimer of Stoel Rives LLP, counsel of record and Mark Bieter of Stoel Rives LLP, admitted *pro hac vice*, and substitution of Brad J. Krupicka of O'Hagan Meyer as counsel for Logic20/20. Plaintiff Alexis Hamilton hereby stipulates to this motion.

Counsel for Logic20/20 certifies that this stipulated motion has been served on Logic20/20's representative and Plaintiff's counsel.

Accordingly, Logic20/20 respectfully requests that the Court grant withdrawal of Ms. Dorshimer and Mr. Bieter and substitution of Brad J. Krupicka of O'Hagan Meyer as counsel for Logic20/20.

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL (2:24-CV-00916-RSL) - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

123955979.2 0074926-00003

Defendant Logic20/20 requests that all future papers, pleadings, filings, orders or other communications with the exception of service of process, be served on substituting counsel O'HAGAN MEYER PLLC at the below-noted address.

*I certify that this memorandum contains 136 words, in compliance with the Local Civil Rules.*

IT IS SO STIPULATED this 30th day of July, 2024

| MONAHAN TUCKER LAW, PC | STOEL RIVES LLP |
|---|---|
| <u>/s/Stacy M. Tucker</u> (per 7/29/24 authorization)<br>STACY M. TUCKER, WSBA No. 43449<br>smtucker@mtlawpc.com<br>Monahan Tucker Law, PC<br>14241 NE Woodinville-Duvall Road<br>Suite 382<br>Woodinville, WA 98072<br>Telephone: 206.486.3553<br>Facsimile: 206.339.7155<br><br>*Attorneys for Plaintiff* | /s/Anne M. Dorshimer<br>ANNE M. DORSHIMER, WSBA 50363<br>anne.dorshimer@stoel.com<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206.624.0900<br>Facsimile: 206.386.7500<br><br>MARK L. BIETER, admitted *pro hac vice*<br>Stoel Rives LLP<br>101 S. Capitol Boulevard, Suite 1900<br>Boise, ID 83702<br>Telephone: 208.387.4217<br>Facsimile: 208.389.9040<br><br>*Withdrawing Attorneys for Defendant Logic20/20, Inc.* |

O'HAGAN MEYER PLLC

<u>/s/Bradley J. Krupicka</u> (per 7/29/24 authorization)
BRADLEY J. KRUPICKA, WSBA No. 43768
bkrupicka@ohaganmeyer.com
O'Hagan Meyer PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: 971.315.0651

*Substituting Attorneys for Defendant Logic20/20, Inc.*

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL (2:24-CV-00916-RSL) - 2

123955979.2 0074926-00003

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

It is so ordered.

Dated this 5th day of August, 2024.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

STOEL RIVES LLP

*/s/Anne M. Dorshimer*
ANNE M. DORSHIMER, WSBA 50363
anne.dorshimer@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

MARK L. BIETER, admitted *pro hac vice*
Stoel Rives LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.387.4217
Facsimile: 208.389.9040

*Withdrawing Attorneys for Defendant Logic20/20, Inc.*

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL (2:24-CV-00916-RSL) - 3