The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXIS HAMILTON, | Case No. 2:24-cv-00916 |
| Plaintiff, | **ORDER** |
| v. | |
| LOGIC20/20; PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

THIS MATTER having come before the Court on Defendant The Prudential Insurance Company of America's ("Prudential") unopposed motion for extension of time to answer or otherwise respond to Plaintiff's First Amended Complaint, and the Court having reviewed the unopposed motion and being otherwise fully advised, now, therefore:

It is hereby ORDERED that the deadline for Prudential to answer or otherwise respond to Plaintiff's First Amended Complaint is extended until September 18, 2024.

Dated this 30th day of August, 2024.

_____
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

313344053v.1