The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXIS HAMILTON, | Case No. 2:24-cv-00916 |
| Plaintiff, | **ORDER** |
| v. | |
| LOGIC20/20; PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

THIS MATTER having come before the Court on Defendant The Prudential Insurance Company of America's ("Prudential") unopposed motion for extension of time to file its reply in support of, and to extend the Noting Date for, its Motion to Dismiss Plaintiff's First Amended Complaint, or to Strike Certain Allegations, and the Court having reviewed the unopposed motion and being otherwise fully advised, now, therefore:

It is hereby ORDERED that Prudential's reply deadline and the Noting Date on Defendant's Motion to Dismiss is extended to October 23, 2024.

Dated this 10th day of October, 2024.

_____
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

314160853v.1